```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

GALAXY AMERICA, INC., ROBIN
WHINCUP, and CAROL WHINCUP,

    Plaintiffs,

v.                                    Case No:  2:21-cv-43-JES-MRM

KENNETH T. CUCCINELLI,
Senior Official performing
the duties of Director of
U.S. Citizenship and
Immigration Services (USCIS)
and DIRECTOR OF TEXAS
SERVICE CENTER, U.S.
Citizenship and Immigration
Services (USCIS),

    Defendants.

_____

## ORDER

This matter comes before the Court on plaintiffs' Notice Of Withdrawal Of Motion For All Writs Act Equitable Relief & For Preliminary Injunction (Doc. #19) filed on February 23, 2021. Plaintiffs indicate that on February 17, 2021, plaintiff Carol Whincup's I-485 application was approved and she received notice that her I-551 Permanent Resident Card was produced and mailed on February 19, 2021.  In light of the foregoing developments, as well as the Court's February 2, 2021 Order Denying Plaintiffs' Motion For All Writs Act Equitable Relief (Doc. #9), Plaintiffs state they have agreed, and conferred with Defendants' counsel, to withdraw their Motion.

Accordingly, it is hereby

**ORDERED**:

1. Plaintiffs' Motion For All Writs Act Equitable Relief & Motion For Preliminary Injunction (Doc. #7) is deemed withdrawn.

**DONE and ORDERED** at Fort Myers, Florida, this __24th__ day of February, 2021.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record